```
                                     UNITED STATES DISTRICT COURT
                                     SOUTHERN DISTRICT OF FLORIDA

                                     CASE NO. 10-14101-Civ-GRAHAM
                                             (08-14023-Cr-GRAHAM)
                                     MAGISTRATE JUDGE P.A. WHITE
```

MICHAEL DAVID LYNCH,            :

    Movant,                     :

v.                              :     SUPPLEMENTAL REPORT OF
                                        MAGISTRATE JUDGE
UNITED STATES OF AMERICA,       :

    Respondent.                 :
_____

    This Cause is before the Court upon the Government's Motion for Reconsideration of the Court's Order extending time for the movant to amend his motion to vacate (DE#11) in case number 10-Cv-14245-Graham. On September 16, 2010, the movant filed a Memorandum of Law, docketed as a motion to vacate, attacking his conviction in case no. 08-14023-Cr-Graham. (DE#1). He was then ordered to file a motion to vacate on the proper form, and the time was subsequently extended to on or before December 3, 2010. (DE#10). However, on November 22, 2010, the Government filed its motion for reconsideration correctly arguing that this motion to vacate (DE#1) is duplicative of a prior motion to vacate, assigned case no. 10-14101-Cv-Graham, which was denied on November 16, 2010. (See Case No. 10-14101-Cv-Graham, DEs#12,13).

    Thus, the movant's memorandum of law, which is identical in all respects to the memorandum of law he filed in case no. 10-Cv-14101-Graham, DE#3, with the exception that the latter memorandum contains an exhibit, was erroneously opened as a new case in case

no. 10-Cv-14245.[1]

After a review of the memorandum of law and its exhibit at issue here, it is recommended that the movant's motion to vacate be denied for the same reasons expressed in the undersigned's report and recommendation, filed on October 27, 2010, in case no. 10-Cv-14101-Graham. (DE#12).

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Signed this 14th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Michael David Lynch, Pro Se
Reg. No. 76039-004
FCI - Petersburg (Low)
P.O. Box 1000
Petersburg, VA 23804

Anne Ruth Schultz, AUSA
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132

Carmen Lineberger, AUSA
United States Attorney's Office
505 S. Second Street
Suite 200
Fort Pierce, FL 34950

---

[1] The memorandum of law at issue here is being simultaneously filed in this case under separate cover.