UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 10-14101-CIV-GRAHAM/WHITE
(Case No. 08-14023-CR-GRAHAM)

MICHAEL DAVID LYNCH,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Report of the Magistrate Judge regarding the Government's Motion for Reconsideration of the Court's Order extending the time for the movant to amend his motion to vacate [D.E. 11] in case no. 10-cv-14245-Graham.

**THE COURT** has conducted a <u>de novo</u> review of the file and is otherwise fully advised in the premises.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 15] is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the movant's motion to vacate [D.E. 1] is **DENIED** for the same reasons expressed in this Court's prior Order [D.E. 13].

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5½ day of January, 2011.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge White
   All Counsel of Record
   Michael David Lynch, Pro Se